1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for Plaintiff
7 | United States of America

**FILED**
JAN 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF

Information associated with

(1) PrettttyNat@hotmail.com
(2) tonynottoli@yahoo.com
(3) ortiztim@hotmail.com
(4) zenbionat@gmail.com
(5) zencenseorders@gmail.com
(6) thestuffedpipe_office@yahoo.com

that is stored at premises controlled by Yahoo, Inc. (Yahoo Mail), Microsoft, Inc.(Hotmail), and/or Google, Inc. (Gmail)

1:14 SW 00009 SKO

Case No.

**Filed Under Seal**

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo, Inc., Microsoft, Inc., and Google, Inc., providers of communication service and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the warrants) of the existence of the attached warrants until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrants will seriously jeopardize the investigation, including by giving targets an opportunity

ORDER                                  1

to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of witnesses or investigative agents. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo, Inc., Microsoft, Inc., and Google, Inc. shall not disclose the existence of the attached warrants, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Yahoo, Inc., Microsoft, Inc., and Google, Inc. may disclose the attached warrants to an attorney for their respective organizations for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Date 1/28/14

SHEILA K. OBERTO
United States Magistrate Judge

ORDER                                    2