BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Applicant
UNITED STATES OF AMERICA

SEALED

FILED
JAN 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF

Information associated with

(1) PrettttyNat@hotmail.com
(2) tonynottoli@yahoo.com
(3) ortiztim@hotmail.com
(4) zenbionat@gmail.com
(5) zencenseorders@gmail.com
(6) thestuffedpipe_office@yahoo.com

that is stored at premises controlled by
Yahoo, Inc. (Yahoo Mail), Microsoft,
Inc.(Hotmail), and/or Google, Inc. (Gmail).

No. 1:14 SW 00009 SKO

[PROPOSED] ORDER

(UNDER SEAL)

For good cause shown, IT IS HEREBY ORDERED THAT:

The search warrant and supporting affidavit in the above-captioned case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of KAREN A. ESCOBAR, and this court's sealing order, be kept under seal until further order of the court. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

DATED 1/28/14

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE